STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

 1301 Clay Street, Suite 340S
 Oakland, CA 94612
 Telephone: (510) 637-3695
 Fax: (510) 637-3724
 E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 21-00301 HSG |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO EXCLUDE TME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| KARDELL NICHOLAS SMITH, | ) ) | |
| Defendant. | ) ) ) | |

On November 15, 2021, the parties appeared before the district court for their initial

appearance before the district court.  At the status conference the Court ordered that time be

excluded, for the reasons stated on the record, including for effective preparation of counsel pursuant

to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between November 15, 2021 and November 24, 2021,

which is the parties' next scheduled appearance for an anticipated change of plea.  The Court ruled

that time should be excluded during that time period to allow the defense counsel time to conduct

further investigation and research and meet with the defendant to discuss her investigation and

research and the anticipated resolution of this case.  The Court asked the defendant individually if he

1   agreed that time should be excluded under the Speedy Trial Act for the reasons described on the

2   record and he agreed.  With the agreement of the parties, the Court enters this order documenting the

3   exclusion of time under the Speedy Trial Act from November 15, 2021 through November 24, 2021.

4

5   DATED:  November 15, 2021

6

7        Respectfully submitted,

8

9                                                                    STEPHANIE M. HINDS
                                                                     Acting United States Attorney

10

11                                                                   /s/ Thomas R. Green
      /s / Joyce Leavitt                                             THOMAS R. GREEN
12   JOYCE LEAVITT                                                   Assistant United States Attorney
     Attorney for Defendant

13

14

15

16                                          **ORDER**

17        Based on the reasons provided in the stipulation of the parties and the reasons stated on the

18   record at the November 15, 2021 status conference, the Court orders that time is excluded from

19   Speedy Trial Act calculations from November 15, 2021through November 24, 2021.  Pursuant to 18

20   U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds a good cause basis to exclude time for effective

21   preparation of counsel and that the ends of justice served by excluding the above period of time

22   outweigh the best interest of the public and the defendant in speedy trial.

23        IT IS SO ORDERED.

24

25   DATED:  11/23/2021

26                                                                   HON.  HAYWOOD S. GILLIAM, JR.
                                                                     United States District Court Judge

27

28