IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARDELL SMITH,<br><br>　　　　Defendant. | Case No.: CR 21–00301 HSG<br><br>**ORDER SETTING CHANGE OF PLEA ON FEBRUARY 23, 2022 AT 10:00 A.M.** |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in the above referenced case for defendant Kardell Smith be calendared for Wednesday, February 23, 2022, at 10:00 a.m. for change of plea.

　　IT IS FURTHER ORDERED that the time from February 9, 2022, until February 23, 2022, is hereby excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for continuity of counsel and effective preparation of counsel taking into account due diligence. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant, to allow counsel to be present and have additional time to meet with Mr. Smith prior to the change of plea hearing.

　　IT IS SO ORDERED.

Dated:　　2/17/2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HON.  HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge